# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                §       Case No. 13-15348
                                      §
MARK W FORSTER                        §
                                      §
                                      §
                                      §
            Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 07/24/2014, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   06/27/2014            By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                    §    Case No. 13-15348
                          §
MARK W FORSTER            §
                          §
                          §
                          §
            Debtor(s)     §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                         $2,200.00
*and approved disbursements of*                                 $23.03
*leaving a balance on hand of[1]:*                           $2,176.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:                           $0.00
Remaining balance:                                           $2,176.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $550.00 | $0.00 | $550.00 |
| David P. Leibowitz, Trustee Expenses | $38.11 | $0.00 | $38.11 |

Total to be paid for chapter 7 administrative expenses:       $588.11
Remaining balance:                                           $1,588.86

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:                                           $1,588.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,588.86 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,406.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | $3,349.57 | $0.00 | $99.64 |
| 2 | Asset Acceptance LLC assignee CITIBANK | $6,796.49 | $0.00 | $202.20 |
| 3 | Asset Acceptance LLC assignee CHASE | $14,896.77 | $0.00 | $443.18 |
| 4 | Sprint Nextel | $259.42 | $0.00 | $7.72 |
| 5 | National Account Services | $903.48 | $0.00 | $26.88 |
| 6 | Hammond Clinic | $433.97 | $0.00 | $12.91 |
| 7 | Community Hospital | $11,109.51 | $0.00 | $330.51 |
| 8 | Quantum3 Group LLC as agent for | $202.22 | $0.00 | $6.02 |
| 9 | Federal National Mortgage Association | $10,811.37 | $0.00 | $321.64 |
| 10 | American InfoSource LP as agent for | $119.99 | $0.00 | $3.57 |
| 11 | Nicor | $4,523.91 | $0.00 | $134.59 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,588.86 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-15348-PSH
Mark W Forster                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: rgreen              Page 1 of 2              Date Rcvd: Jun 30, 2014
                               Form ID: pdf006           Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2014.
```
db         +Mark W Forster,    3111 176th Street,    Lansing, IL 60438-1960
20324598   +ARS,    PO Box 189018,    Fort Lauderdale, FL 33318-9018
20324601   +AT & T Universal Card,    P.O bOX 6241,    Sioux Falls, SD 57117-6241
20324595  #+Accelerated Financial,    4016 Raintree Rd Ste 140,    Chesapeake, VA 23321-3700
20324597   +Alverno Clinical Laboratories,    38747 Eagle Way,    Chicago, IL 60678-1387
20324596   +Alverno Clinical Laboratories,    555 W. Court St.,    Suite 300,    Kankakee, IL 60901-3600
20992742   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
20324600   +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
20655628   +Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
20324603   +Capital One Bank (USA) N.A.,    11 South 12th St,    Richmond, VA 23219-4053
20324604    Chase Bank,    PO Box 260161,    Baton Rouge, LA 70826-0161
20324605   +Chicago Christian Counseling,    15127 S. 73rd Avenue,    Orland Park, IL 60462-5427
20324606   +Circuit Court of Cook County,    Case# 12 M1 163560,    50 W Washington, Room 601,
             Chicago, IL 60602-1313
20324607    Citi,    P.O. Box 6003,    Hagerstown, MD 21747
20324608   +Citibank SD NA,    PO Box 6500,    Sioux Falls, SD 57117-6500
20324609   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
20324610   +Citimortgage Inc,    P.O.Box 183040,    Columbus, OH 43218-3040
20324612   +Community Healthcare System,    PO Box 3604,    Munster, IN 46321-0703
20324613   +Community Hospital,    901 MacArthur Blvd.,    Munster, IN 46321-2959
20747869   +Community Hospital,    c/o Komyatte & Casbon, P.C.,    9650 Gordon Drive,    Highland, In 46322-2909
20324614    Consultants in Gastroenterology,    701 Superior Avenue,    Suite G,    Munster, IN 46321-4038
20324616   +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
20324617  #+Dyck Oneal Inc,    15301 Spectrum Dr,    Addison, TX 75001-6436
20324619   +Fannie Mae,    Lockbox 403207,    6000 Feldweld Rd,    Atlanta, GA 30349-3652
20894241   +Federal National Mortgage Association,    c/o Vantium Capital, Inc.,
             7880 Bent Branch Dr., Suite 150,    Irving, Tx 75063-6045
20324620   +Fifth Third Bank,    PO Box 630784,    Cincinnati, OH 45263-0784
20324621   +Franciscan Hammond Clinic,    PO Box 536,    Linden, MI 48451-0536
20324622  ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court:   Guaranty Bank,    PO Box 240200,    Milwaukee, WI 53223)
20324624   +HELP Financial,    Dept CH 17743,    Palatine, IL 60055-0001
20324625   +HSBC Bank Nevada, N.A.,    P.O.Box 12907,    Norfolk, VA 23541-0907
20324623   +Hammond Clinic,    7905 Calumet Ave.,    Munster, IN 46321-1298
20747636   +Hammond Clinic,    c/o Komyatte & Casbon, P.C.,    9650 Gordon Drive,    Highland, IN 46322-2909
20324626   +Hsbc/mscpi,    Po Box 3425,    Buffalo, NY 14240-3425
20324627   +Ingalls Hospital,    PO Box 165025,    Columbus, OH 43216-5025
20324628   +Komyatt & Associates,    9650 Gordon Drive,    Highland, IN 46322-2980
20324629   +Komyattassoc,    Attention: Bankruptcy,    9650 Gordon Dr.,    Highland, IN 46322-2909
20324630   +Kurtz Ambulance Service,    PO Box 283,    New Lenox, IL 60451-0283
20324632   +MEA - Munster LLC,    PO Box 5956,    Carol Stream, IL 60197-5956
20324633   +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20324635   +Municipal Collection Goods or Servi,    PO Box 666,    Lansing, IL 60438-0666
20324636   +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
20324637   +Munster Radiology Group,    9201 Calumet Avenue,    Munster, IN 46321-2807
20324642   +NWI Pathology Consultants PC,    9201 Calumet Avenue,    Munster, IN 46321-2807
20324638   +National Account Services,    assignee of Fifth Third Bank,    NAS,    1246 University Avenue #421,
             Saint Paul, MN 55104-4181
20324643   +Orchard Bank,    PO Box 17051,    Baltimore, MD 21297-1051
20324645  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
             Norfolk, VA 23541)
20324644    Physical Therapy Sports Injury,    13114 Western Ave.,    Blue Island, IL 60406-2439
20324646   +Region Recov,    5252 Hohman,    Hammond, IN 46320-1723
20324648  #+Strategic Recovery Gro,    7880 Bent Branch Dr Ste,    Irving, TX 75063-6045
20324649   +Strategic Recovery Group,    PO Box 52238,    Idaho Falls, ID 83405-2238
20324650   +Sullivan Urgent Aid Centers,    PO Box 87844,    Carol Stream, IL 60188-7844
20324651   +Superior Anesthesia Llc,    701 Superior Avenue,    Munster, IN 46321-4037
20324652   +Trust Rec Sv,    541 Otis Bowen Dri,    Munster, IN 46321-4158
20324653   +Trustmark Recovery Service,    541 Otis Bowen Drive,    Munster, IN 46321-4158
20324654   +Unifund,    Attention: Bankruptcy,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
20324655    United Recovery Service LLC,    18525 Torrence Avenue,    Lansing, IL 60438
20324656   +Village of Lansing,    18200 Chicago Ave.,    Lansing, IL 60438-3012
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20676288    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 01 2014 01:39:38
             Asset Acceptance LLC assignee CHASE,    PO Box 2036,    Warren, MI 48090-2036
20676287    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 01 2014 01:39:38
             Asset Acceptance LLC assignee CITIBANK,    PO Box 2036,    Warren, MI 48090-2036
20324599    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 01 2014 01:39:38      Asset Acceptance Llc,
             Po Box 1630,    Warren, MI 48090-1630
20542161    +E-mail/Text: bnc@atlasacq.com Jul 01 2014 01:38:41     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
```

```
District/off: 0752-1           User: rgreen              Page 2 of 2                  Date Rcvd: Jun 30, 2014
                               Form ID: pdf006           Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20324611      +E-mail/Text: legalcollections@comed.com Jul 01 2014 01:41:07     Commonwealth Edison Company,
               Legal Revenue Recovery/Claims Dept,   Three Lincoln Center,   Oakbrook Terrace, IL 60181-4204
20324615      +E-mail/Text: clerical.department@yahoo.com Jul 01 2014 01:38:34     Credtrs Coll,   Po Box 63,
               Kankakee, IL 60901-0063
20324618      +E-mail/Text: bknotice@erccollections.com Jul 01 2014 01:39:52     Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
20324622       E-mail/Text: bankruptcy@gbmail.com Jul 01 2014 01:40:54     Guaranty Bank,   PO Box 240200,
               Milwaukee, WI 53223
20324631      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 01 2014 01:45:04     Lvnv Funding Llc,
               Po Box 740281,   Houston, TX 77274-0281
20324634      +Fax: 847-227-2151 Jul 01 2014 03:18:34     Medical Recovery,   2250 E. Devon Avenue, Suite 352,
               Des Plaines, IL 60018-4519
20324639      +E-mail/Text: bankrup@aglresources.com Jul 01 2014 01:38:28     Nicor,
               Attention: Bankruptcy & Collections,   PO Box 549,   Aurora, IL 60507-0549
20324640      +E-mail/Text: bankrup@aglresources.com Jul 01 2014 01:38:28     Nicor Gas,   PO Box 2020,
               Aurora, IL 60507-2020
20324641      +E-mail/Text: clientservices@northwestcollectors.com Jul 01 2014 01:39:07     Northwest Collectors,
               3601 Algonquin Rd,   Rolling Meadow, IL 60008-3143
20871102       E-mail/Text: bnc-quantum@quantum3group.com Jul 01 2014 01:39:30
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
20324647       E-mail/Text: appebnmailbox@sprint.com Jul 01 2014 01:39:39     Sprint Nextel,
               Atten Bankruptcy Dept,   P.O. Box 7949,   Overland Park, KS 66207-0949
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20324602     ##+Baker & Miller,   29 N Wacker Dr., 5th Floor,   Chicago, IL 60606-3227
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2014 at the address(es) listed below:
         Alfredo J Garcia    on behalf of Debtor Mark W Forster notice@ledfordwu.com,
          courtnotice@ledfordwu.com;lwnotice@gmail.com
         David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         George Michael Vogl, IV    on behalf of Debtor Mark W Forster notice@ledfordwu.com,
          courtnotice@ledfordwu.com;lwnotice@gmail.com
         Joel P Fonferko    on behalf of Creditor   CITIMORTGAGE, INC. ND-One@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```