**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-15348 |
| | § | |
| MARK W FORSTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $56,986.00 | Assets Exempt: | $21,500.00 |
| Total Distributions to Claimants: | $1,588.86 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $611.14 | | |

3)   Total gross receipts of $2,200.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $2,200.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $76,422.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $611.14 | $611.14 | $611.14 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $166,063.00 | $53,406.70 | $53,406.70 | $1,588.86 |
| **Total Disbursements** | $242,485.00 | $54,017.84 | $54,017.84 | $2,200.00 |

4). This case was originally filed under chapter 7 on 04/12/2013. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/22/2014        By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1997 Honda Civic | 1129-000 | $2,200.00 |
| **TOTAL GROSS RECEIPTS** | | $2,200.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc | 4110-000 | $76,422.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $76,422.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $550.00 | $550.00 | $550.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $38.11 | $38.11 | $38.11 |
| Green Bank | 2600-000 | NA | $23.03 | $23.03 | $23.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $611.14 | $611.14 | $611.14 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7100-900 | $3,384.00 | $3,349.57 | $3,349.57 | $99.64 |
| 2 | Asset Acceptance | 7100-900 | $6,636.00 | $6,796.49 | $6,796.49 | $202.20 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | LLC assignee CITIBANK | | | | | |
| 3 | Asset Acceptance LLC assignee CHASE | 7100-000 | $14,756.00 | $14,896.77 | $14,896.77 | $443.18 |
| 4 | Sprint Nextel | 7100-000 | $0.00 | $259.42 | $259.42 | $7.72 |
| 5 | National Account Services | 7100-000 | $1,079.72 | $903.48 | $903.48 | $26.88 |
| 6 | Hammond Clinic | 7100-000 | $120.00 | $433.97 | $433.97 | $12.91 |
| 7 | Community Hospital | 7100-000 | $454.00 | $11,109.51 | $11,109.51 | $330.51 |
| 8 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $202.22 | $202.22 | $6.02 |
| 9 | Federal National Mortgage Association | 7100-000 | $10,811.00 | $10,811.37 | $10,811.37 | $321.64 |
| 10 | American InfoSource LP as agent for | 7100-000 | $0.00 | $119.99 | $119.99 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 10; American InfoSource LP as agent for) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.57 |
| 11 | Nicor | 7100-000 | $4,000.00 | $4,523.91 | $4,523.91 | $134.59 |
| | Accelerated Financial | 7100-000 | $202.00 | $0.00 | $0.00 | $0.00 |
| | Alverno Clinical Laboratories | 7100-000 | $349.00 | $0.00 | $0.00 | $0.00 |
| | Associated Receivable | 7100-000 | $599.00 | $0.00 | $0.00 | $0.00 |
| | Chicago Christian Counseling | 7100-000 | $280.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| | Community Healthcare System | 7100-000 | $10,531.11 | $0.00 | $0.00 | $0.00 |
| | Community Hospital | 7100-000 | $578.40 | $0.00 | $0.00 | $0.00 |
| | Credtrs Coll | 7100-000 | $316.00 | $0.00 | $0.00 | $0.00 |
| | Dependon Collection Se | 7100-000 | $290.00 | $0.00 | $0.00 | $0.00 |
| | Dyck Oneal Inc | 7100-000 | $10,901.00 | $0.00 | $0.00 | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $259.00 | $0.00 | $0.00 | $0.00 |
| | Franciscan Hammond Clinic | 7100-000 | $602.20 | $0.00 | $0.00 | $0.00 |
| | Hammond Clinic | 7100-000 | $1,343.80 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Hsbc/mscpi | 7100-000 | $56,325.00 | $0.00 | $0.00 | $0.00 |
| Ingalls Hospital | 7100-000 | $1,543.27 | $0.00 | $0.00 | $0.00 |
| Komyattassoc | 7100-000 | $10,076.00 | $0.00 | $0.00 | $0.00 |
| Komyattassoc | 7100-000 | $578.00 | $0.00 | $0.00 | $0.00 |
| Komyattassoc | 7100-000 | $313.00 | $0.00 | $0.00 | $0.00 |
| MEA - Munster LLC | 7100-000 | $1,002.00 | $0.00 | $0.00 | $0.00 |
| Med Busi Bur | 7100-000 | $62.00 | $0.00 | $0.00 | $0.00 |
| Municipal Collection Goods or Servi | 7100-000 | $1,352.50 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $337.00 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $135.00 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| Municollofam | 7100-000 | $50.00 | $0.00 | $0.00 | $0.00 |
| Munster Radiology Group | 7100-000 | $356.00 | $0.00 | $0.00 | $0.00 |
| Northwest Collectors | 7100-000 | $336.00 | $0.00 | $0.00 | $0.00 |
| NWI Pathology Consultants PC | 7100-000 | $391.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery | 7100-000 | $6,287.00 | $0.00 | $0.00 | $0.00 |
| Region Recov | 7100-000 | $380.00 | $0.00 | $0.00 | $0.00 |
| Trust Rec Sv | 7100-000 | $273.00 | $0.00 | $0.00 | $0.00 |
| Unifund | 7100-000 | $8,974.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $166,063.00 | $53,406.70 | $53,406.70 | $1,588.86 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-15348-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FORSTER, MARK W | Date Filed (f) or Converted (c): | 04/12/2013 (f) |
| For the Period Ending: | 12/22/2014 | §341(a) Meeting Date: | 06/12/2013 |
| | | Claims Bar Date: | 09/24/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Debtor's Residence, Single Family Home Location: 3111 176th Street, Lansing IL 60438 | $71,761.00 | $0.00 | | $0.00 | FA |
| 2  Cash on Hand | $0.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account with First Savings Bank of Hegewisch | $1,000.00 | $225.00 | | $0.00 | FA |
| 4  Misc. Household Goods: Sofa, Loveseat, 2 Televisions, DVD Player, Coffee Table, Dining Table/Chairs, Refrigerator, Stove, Microwave, Dishwasher, Washer/Dryer, Pots/Pans, Dishes/Flatware, Vacuum, 2 Bedroom Sets, Dresser, Desk, Computer, Printer, Lamps, Lawnmower, Misc. Tools | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Family Pictures, CD's and DVD's | $50.00 | $0.00 | | $0.00 | FA |
| 6  Used Personal Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 7  Pension | $0.00 | $0.00 | | $0.00 | FA |
| 8  Child Support: Debtor currently receives $260.00/Monthly. Ending 5/2013. | $0.00 | $0.00 | | $0.00 | FA |
| 9  2003 GMC Sierra | $4,075.00 | $0.00 | | $0.00 | FA |
| 10  1997 Honda Civic | $2,825.00 | $2,825.00 | | $2,200.00 | FA |
| 11  Dog | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$81,311.00    $3,050.00          $2,200.00       $0.00

**Major Activities affecting case closing:**

| 04/17/2014 | Trustee's TFR completed for Trustee's review. |
| 06/19/2013 | Prepared Motion to Sell Estate's Interest RE: Debtor's Civic. |
| 06/19/2013 | Motion to sell prepared - awaiting attorney review |
| 06/19/2013 | $2200.00 over 6 months |

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 04/10/2014 | DAVID LEIBOWITZ |

Case 13-15348 Doc 35 Filed 01/21/15 Entered 01/21/15 15:28:18 Desc Main
Document Page 7 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 13-15348-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | FORSTER, MARK W | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6559 | Checking Acct #: | ******4801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/12/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/22/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (10) | MARK FORSTER | Payment for Equity on Vehicle. | 1129-000 | $735.00 | | $735.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.57 | $734.43 |
| 08/05/2013 | (10) | MARK FORSTER | Payment for Equity on Vehicle. | 1129-000 | $735.00 | | $1,469.43 |
| 08/15/2013 | (10) | MARK FORSTER | NSF Check. | 1129-000 | ($735.00) | | $734.43 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.37 | $733.06 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.06 | $732.00 |
| 10/08/2013 | (10) | MARK FORSTER | Payment for Equity on Vehicle. | 1129-000 | $1,465.00 | | $2,197.00 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.85 | $2,194.15 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.54 | $2,190.61 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.42 | $2,187.19 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.75 | $2,183.44 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.18 | $2,180.26 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.29 | $2,176.97 |
| 08/04/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $550.00 | $1,626.97 |
| 08/04/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $38.11 | $1,588.86 |
| 08/04/2014 | 3003 | Asset Acceptance LLC assignee CHASE | Claim #: 3; Amount Claimed: 14,896.77; Amount Allowed: 14,896.77; Distribution Dividend: 2.98; | 7100-000 | | $443.18 | $1,145.68 |
| 08/04/2014 | 3004 | Sprint Nextel | Claim #: 4; Amount Claimed: 259.42; Amount Allowed: 259.42; Distribution Dividend: 2.98; | 7100-000 | | $7.72 | $1,137.96 |
| 08/04/2014 | 3005 | National Account Services | Claim #: 5; Amount Claimed: 903.48; Amount Allowed: 903.48; Distribution Dividend: 2.98; | 7100-000 | | $26.88 | $1,111.08 |
| 08/04/2014 | 3006 | Hammond Clinic | Claim #: 6; Amount Claimed: 433.97; Amount Allowed: 433.97; Distribution Dividend: 2.98; | 7100-000 | | $12.91 | $1,098.17 |
| 08/04/2014 | 3007 | Community Hospital | Claim #: 7; Amount Claimed: 11,109.51; Amount Allowed: 11,109.51; Distribution Dividend: 2.98; | 7100-000 | | $330.51 | $767.66 |
| 08/04/2014 | 3008 | Quantum3 Group LLC as agent for | Claim #: 8; Amount Claimed: 202.22; Amount Allowed: 202.22; Distribution Dividend: 2.98; | 7100-000 | | $6.02 | $761.64 |
| 08/04/2014 | 3009 | Federal National Mortgage Association | Claim #: 9; Amount Claimed: 10,811.37; Amount Allowed: 10,811.37; Distribution Dividend: 2.98; | 7100-000 | | $321.64 | $440.00 |
| 08/04/2014 | 3010 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.57 | $436.43 |
| | | | Claim Amount $(3.57) | 7100-001 | | | $436.43 |
| 08/04/2014 | 3011 | Nicor | Claim #: 11; Amount Claimed: 4,523.91; Amount Allowed: 4,523.91; Distribution Dividend: 2.98; | 7100-000 | | $134.59 | $301.84 |

**SUBTOTALS** $2,200.00 $1,898.16

Case 13-15348  Doc 35  Filed 01/21/15  Entered 01/21/15 15:28:18  Desc Main
Document      Page 8 of 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-15348-PSH | |
| **Case Name:** | FORSTER, MARK W | |
| **Primary Taxpayer ID #:** | **-***6559 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/12/2013 | |
| **For Period Ending:** | 12/22/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/04/2014 | 3012 | Atlas Acquisitions LLC (HSBC Bank Nevada, | Claim #: 1; Amount Claimed: 3,349.57; Amount Allowed: 3,349.57; Distribution Dividend: 2.98; | 7100-900 | | $99.64 | $202.20 |
| 08/04/2014 | 3013 | Asset Acceptance LLC assignee CITIBANK | Claim #: 2; Amount Claimed: 6,796.49; Amount Allowed: 6,796.49; Distribution Dividend: 2.98; | 7100-900 | | $202.20 | $0.00 |
| | | | **TOTALS:** | | $2,200.00 | $2,200.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,200.00 | $2,200.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,200.00 | $2,200.00 | |

**For the period of 4/12/2013 to 12/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2013 to 12/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $2,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-15348-PSH | |
| **Case Name:** | FORSTER, MARK W | |
| **Primary Taxpayer ID #:** | **-***6559 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/12/2013 | |
| **For Period Ending:** | 12/22/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,200.00 | $2,200.00 | $0.00 |

**For the period of 4/12/2013 to 12/22/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $2,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/12/2013 to 12/22/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $2,200.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,200.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,200.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,200.00 |
| Total Internal/Transfer Disbursements: | $0.00 |